## WHITLEY v. STATE.
### No. 20301.

Court of Criminal Appeals of Texas.
March 22, 1939.

Fred Whitaker and Sam T. Holt, both of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for an assault with intent to murder without malice; punishment, one year's confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. The indictment and all matters of procedure appearing to be in proper form, the judgment is affirmed.